PEYTON R. McCARGO, Respondent, *v.* ANDREW JERGENS et al., Appellants.

*McCargo v. Jergens*, 135 App. Div. 921, appeal dismissed.
(Argued March 14, 1910; decided March 22, 1910.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1910, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for an alleged breach of contract.

The motion was made upon the ground that the action was one for services, and, therefore, not appealable to the Court of Appeals.

*E. W. Tyler* for motion.

*Franklin Pierce* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

CATHERINE CONE, as Administratrix of the Estate of WILLIAM
    J. CONE, Deceased, Appellant, *v.* LACKAWANNA STEEL
    COMPANY, Respondent.

(Submitted March 14, 1910; decided March 22, 1910.)

Motion for re-argument denied, with ten dollars costs.   (See 197 N. Y. 539.)